IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02534-BNB

KEITH FRAZIER,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, CDOC,
CELIA SCHWARTZ, Office of Correctional Legal Services, CDOC,
SUSAN BARKER, Librarian, BCCF,
JAN BRYANT, Assistant Warden, BCCF,
ERIN PHILLIPS, Grievance Coordinator, BCCF,
BRIGHAM SLOAN, Warden, BCCF,
ANTHONY DeCESARO, Step 3 Grievance Officer, CDOC,
SERGIO LOPEZ, Case Manager, BCCF,
TRAVIS BRUBAKER, Private Prisons Monitoring Unit, CDOC,
TRUDI WHITEHOUSE, Private Prisons Monitoring Unit, CDOC,
CLAYTON SPANO, Sergeant, BCCF,
GERALD HOLCOMB, Correctional Officer, BCCF,
ROBERT ARAMBEL, Lieutenant, BCCF,
PAM KASEN, Assistant Librarian, BCCF,
STEVEN BROWN, SR., Investigator, BCCF,
LARRY COX, Chief of Security, BCCF,
CHRIS CHAVEZ, Unit 6 Manager, BCCF,
TIM SMELTZER, Private Prisons Monitoring Unit, CDOC,
DAVID BEEBE, Recreation Supervisor, BCCF,
WILLIAM MEDINA, Music Room Supervisor, BCCF,
COSMOS GALLEGOS, Programs Manager, BCCF,
FOOD SERVICE MANAGER, CDOC, and
AUGGIE VARGAS, Food Service Supervisor, BCCF,

    Defendants.

---

ORDER ASSIGNING CASE

---

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal and that the case should be drawn to a district judge and to a magistrate

judge. *See* D.C.COLO.LCivR 8.2D.  Pursuant to D.C.COLO.LCivR 40.1C.1., the case will be assigned to Judge Christine M. Arguello and to Magistrate Judge Kathleen M. Tafoya.  Accordingly, it is

ORDERED that this case shall be assigned to Judge Christine M. Arguello pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kathleen M. Tafoya.

DATED December 9, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC - 9 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-02534-BNB

Keith Frazier
Prisoner No. 114542
Crowley County Corr. Facility
6564 State Hwy. 96
Olney Springs, CO 81062-8700

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on December 9, 2010.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk