**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 10-cv-02534-CMA-KMT

DEC 1 6 2010

KEITH FRAZIER,

GREGORY C. LANGHAM
CLERK

      Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, CDOC,
CELIA SCHWARTZ, Office of Correctional Legal Services, CDOC,
SUSAN BARKER, Librarian, BCCF,
JAN BRYANT, Assistant Warden, BCCF,
ERIN PHILLIPS, Grievance Coordinator, BCCF,
BRIGHAM SLOAN, Warden, BCCF,
ANTHONY DeCESARO, Step 3 Grievance Office, CDOC,
SERGIO LOPEZ, Case Manger, BCCF,
TRAVIS BRUBAKER, Private Prisons Monitoring Unit, CDOC
TRUDI WHITEHOUSE, Private Prisons Monitoring Unit, CDOC,
CLAYTON SPANO, Sergeant, BCCF,
GERALD HOLCOMB, Correctional Officer, BCCF,
ROBERT ARAMBEL, Lieutenant, BCCF,
PAM KASEN, Assistant Librarian, BCCF,
STEVEN BROWN, SR., Investigator, BCCF,
LARRY COX, Chief of Security, BCCF,
CHRIS CHAVEZ, Unit 6 Manager, BCCF,
TIM SMELTZER, Private Prisons Monitoring Unit, CDOC,
DAVID BEEBE, Recreation Supervisor, BCCF,
WILLIAM MEDINA, Music Room Supervisor, BCCF,
COSMOS GALLEGOS, Programs Manager, BCCF,
FOOD SERVICE MANAGER, CDOC, and
AUGGIE BARGAS, Food Service Supervisor, BCCF,

      Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for

leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915.

The Court has granted Plaintiff leave to proceed *in forma pauperis.*  It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendants.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon Defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d).  All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that Defendants or counsel for Defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

DATED:  December __16__, 2010

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-02534-CMA-KMT

Keith Frazier
Doc No. 114542
Crowley County Corr. Facility (CCCF)
6564 State Hwy 96
Olney Springs, CO 81062

Aristedes Zavaras, Celia Schwartz, Anthony DeCesaro, Travis Brubaker,
Trudi Whitehouse, Tim Smeltzer, and Food Service Manager- **WAIVER***
c/o Keith Nordl
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

Doris Cody - **CERTIFIED**
Bent County Correctional Center
11560 Road FF75
Las Animas, CO 81054
**SERVICE DOCUMENTS FOR:**
**Susan Baker, Jan Bryant, Erin Phillips, Brigham Sloan, Sergio Lopez,**
**Clayton Spano, Gerald Holcomb, Robert Arambel, Pam Kasen, Steven Brown, Sr.,**
**Larry Cox, Chris Chavez, David Beebe, William Medina, Cosmos Gallegos, and**
**Auggie Bargas**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to Keith Nordl for service on Aristedes Zavaras, Celia Schwartz, Anthony DeCesaro, Travis Brubaker, Trudi Whitehouse, Tim Smeltzer, and Food Service Manager and the following service forms to Doris Cody on Susan Baker, Jan Bryant, Erin Phillips, Brigham Sloan, Sergio Lopez, Clayton Spano, Gerald Holcomb, Robert Arambel, Pam Kasen, Steven Brown, Sr.,Larry Cox, Chris Chavez, David Beebe, William Medina, Cosmos Gallegos, and Auggie Bargas: COMPLAINT FILED 10/18/10, WAIVER* SUMMONS, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM on 12/16/10 .

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk