IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–02534–CMA–KMT

KEITH FRAZIER,

    Plaintiff,

v.

ARISTEDES ZAVARAS, Executive Director, CDOC,
CELIA SCHWARTZ, Office of Correctional Legal Services, CDOC,
SUSAN BARKER, Librarian, BCCF,
ERIN PHILLIPS, Grievance Coordinator, BCCF,
ANTHONY DECESARO, Step 3 Grievance Coordinator, CDOC,
TRAVIS BRUBAKER, Private Prisons Monitoring Unit, CDOC,
TRUDI WHITEHOUSE, Private Prisons Monitoring Unite, CDOC,
TIM SMELTZER, Private Prisons Monitoring Unit, CDOC, and
FOOD SERVICE MANAGER, CDOC,

    Defendants.

## ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Christine M. Arguello, pursuant to the Order of Reference dated December 17, 2010.  *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **October 28, 2011,** at **10:00 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.COLO.LCivR 16.2. and 26.1.  The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 30th day of September, 2011.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge