**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

**Civil Action No.** 10-cv-02534-CMA-KMT          FTR - Courtroom C-201

**Date:** April 26, 2012                          Deputy Clerk, Nick Richards


KEITH FRAZIER,                                    Pro Se (by phone)

        Plaintiff,

v.

SUSAN BARKER, Librarian, BCCF,                    Emma Jane Skivington

        Defendant.

---

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 3:37 p.m.**
Court calls case.  Appearances of counsel.

Motion Hearing called regarding Plaintiff's Motion to Compel Defendants to Disclose Relevant Information [Doc. No. 74, filed March 20, 2012].

It is **ORDERED**:     Plaintiff's Motion to Compel [74] is **GRANTED IN PART**. Defense counsel shall produce a list of all employees who worked in the Bent County Correctional Facility library between November of 2009 and July of 2010. The list shall be limited to inmate names and Department of Corrections numbers only. Defense counsel shall produce the list to plaintiff on or before May 11, 2012.

                      Plaintiff will **not** be provided with the current location of the inmates or if the inmates are still in the DOC system.  If the name of the one witness Plaintiff seeks is on the list, he may make efforts to contact that <u>one</u> inmate if he so desires.

It is **ORDERED**:     The Final Pretrial Conference currently set for May 29, 2012 at 9:30 a.m. is **VACATED** and reset to June 28, 2012 at 10:30 a.m.

It is **ORDERED**:     Because there is a significant chance that the court's ruling today will affect the currently pending "Defendant's Motion for Summary Judgment [Doc. No. 76, filed March 23, 2012], necessitating

supplemental filings from the parties, this court's Recommendation to the District Court on that motion will be **HELD IN ABEYANCE** until June 28, 2012. The parties are instructed to alert this court to the need for supplementation as well as to any further discovery issues which may arise as a result of today's ruling at the earliest time possible prior to the Final Pretrial Conference on June 28, 2012.

**Court in Recess: 4:22 p.m.**
Hearing concluded.
Total In-Court Time     00:45

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.